# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRYAN ALAN KROPP,

        Plaintiff,

v.         Case No. 6:22-cv-846-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.
_____/

## O R D E R [1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 29; "Motion"), filed December 13, 2022, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 1, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 29) is **GRANTED**.

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 20), filed August 25, 2022; Reference Order (Doc. No. 23), entered September 1, 2022.

      2.      The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> On remand, the Commissioner will: (1) fully consolidate the claim files and create one certified electronic record, with a complete and accurate exhibit list; (2) proceed through the sequential evaluation process; (3) consider whether medical improvement has occurred; (4) offer Plaintiff an opportunity for a new hearing; and (5) issue a new decision.

      3.      The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on December 16, 2022.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record